ERIC ROHRING, Plaintiff, and CHARLENE ROHRING, Respondent, v CITY OF NIAGARA FALLS, Defendant and Third-Party Plaintiff. FALLS STEEL ERECTORS, INC., Third-Party Defendant-

Appellant. (Appeal No. 3.)—Judgment unanimously affirmed without costs. Same opinion as in *Rohring v City of Niagara Falls* ([appeal No. 1], 192 AD2d 228 [decided herewith]). Present— GREEN, J. P., PINE, LAWTON, BOOMER and BOEHM, JJ.